| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA C. ALLISON, #179741 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Linda.allison@fd.org |
| 5 | |
| | Attorney for Defendant |
| 6 | JEREMY SOLIMA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:17-cr-0148-MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | DATE: October 5, 2014 |
| JEREMY SOLIMA, | ) | TIME: 10:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Morrison C. England |
| | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney CAMERON DESMOND and Assistant Federal Defender LINDA C. ALLISON, attorney for JEREMY SOLIMA, that the status conference hearing set for October 5, 2017 be continued to October 19, 2017 at 10:00 a.m.

The reason for this continuance is that the Counsel needs additional time to review discovery and continue with an investigation.

/ / /

/ / /

-1-

1    The parties further stipulate and agree to exclude time from the date of this stipulation October 2, 2017 to October 19, 2017 under the Speedy Trial Act (18 U.S.C. § 3161 (h)(7)(B)(iv))(Local Code T4).

Dated: October 2, 2017					Respectfully submitted,

							HEATHER E. WILLIAMS
							Federal Defender

							*/s/ Linda C. Allison*
							LINDA C. ALLISON
							Assistant Federal Defender
							Attorney for Defendant
							JEREMY SOLIMA

Dated: October 2, 2017					PHILLIP A. TALBERT
							United States Attorney


							*/s/ Linda C. Allison for*
							CAMERON DESMOND
							Assistant United States Attorney

**ORDER**

It is hereby ordered that the status conference hearing set for October 5, 2017 at 10:00 a.m. be continued to October 19, 2017 at 10:00 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though October 19, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: October 5, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE