| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | LINDA C. ALLISON, #179741<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Linda.allison@fd.org |
| 5 | |
| 6 | Attorney for Defendant<br>JEREMY SOLIMA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:17-cr-0148-MCE |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | DATE: October 19, 2017 |
| JEREMY SOLIMA, | ) | TIME: 10:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Morrison C. England |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney CAMERON DESMOND and Assistant Federal Defender LINDA C. ALLISON, attorney for JEREMY SOLIMA, that the status conference hearing set for October 19, 2017 be continued to November 9, 2017 at 10:00 a.m.

The reason for this continuance is that Counsel needs additional time to discuss plea negotiations with her client and to continue with the investigation in this case.

///

///

The parties further stipulate and agree to exclude time from the date of this stipulation October 19, 2017 to November 9, 2017 under the Speedy Trial Act (18 U.S.C. § 3161 (h)(7)(B)(iv))(Local Code T4).

Dated: October 13, 2017　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Linda C. Allison*
　　　　　　　　　　　　　　　　　　　　　　　LINDA C. ALLISON
　　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　JEREMY SOLIMA

Dated: October 13, 2017　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Cameron Desmond*
　　　　　　　　　　　　　　　　　　　　　　　CAMERON DESMOND
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED that the status conference hearing set for October 19, 2017 at 10:00 a.m. be continued to November 9, 2017 at 10:00 a.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though November 9, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

　　　　IT IS SO ORDERED.
Dated:　October 17, 2017

　　　　　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE