Michael E. Hansen [SBN 191737]
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Email:  mhansen@criminal-defenses.com

Attorney for JEREMY SOLIMA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-cr-00148 DC |
| Plaintiff, | |
| v. | **STIPULATION AND ~~(PROPOSED)~~ ORDER TO CONTINUE HEARING** |
| JEREMY SOLIMA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Ross Pearson, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Jeremy Solima, that the September 19, 2025, Disposition Hearing be continued to October 10, 2025, at 9:30 a.m.

The reason for the request is to allow Probation additional time to prepare the dispositional memorandum.

The government and probation are not opposed to the request.

Dated: September 12, 2025                    Respectfully submitted,


                                             /s/ Michael E. Hansen
                                             MICHAEL E. HANSEN
                                             Attorney for JEREMY SOLIMA

///
///
///
///

1

**Stipulation and Order for Continuance of Disposition Hearing**

1

2

Dated: September 12, 2025                    ERIC GRANT
                                             United States Attorney

3

4                                            /s/ Michael E. Hansen for
                                             ROSS PEARSON
5                                            Assistant United States Attorney
                                             Attorney for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Stipulation and Order for Continuance of Disposition Hearing**

1

**O R D E R**

2

3    The court, having received, read and considered the parties' stipulation and good cause

4    appearing therefrom, GRANTS the parties' request to continue.  Accordingly, the Revocation

5    (Dispositional) Hearing scheduled for September 19, 2025, is VACATED and RESET for

6    October 10, 2025, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is

7    FURTHER ORDERED that all briefing related to the Revocation (Dispositional) Hearing shall

8    be filed no later than 12:00 PM (Noon) on October 2, 2025.

9

10

11

12    IT IS SO ORDERED.

13

14    Dated:   __September 15, 2025__

15    Dena Coggins
United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**Stipulation and Order for Continuance of Disposition Hearing**