Michael E. Hansen [SBN 191737]
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Email:  mhansen@criminal-defenses.com

Attorney for JEREMY SOLIMA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JEREMY SOLIMA,<br><br>        Defendant. | No. 2:17-cr-00148 DC<br><br>**STIPULATION AND ORDER TO MODIFY CONDITION OF SUPERVISED RELEASE** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Cameron Desmond, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant JEREMY SOLIMA, that Special Condition Number Three be modified as follows:

At the discretion of the probation officer, you may be required to participate in an inpatient substance abuse/alcohol abuse treatment program and follow the rules and regulations of that program, for a period of up to 90 days, and up to 10 additional days for substance abuse detoxification services if deemed necessary. The probation officer, in consultation with the treatment provider, will supervise your participation in the program.

The reason for the request is Mr. Solima is currently residing at the halfway house in San Francisco, CA.  While residing there he is subject to weekly drug testing, attends AA meetings and participates in drug counseling therapy.  He will continue to reside there through mid-April.

**Stipulation and Order for Modification of Condition of Release**

He has potential housing in the Northern District of California as he does not have a viable release address in San Franciso. He is currently employed full-time in San Francisco by Five Keys, a non-profit transitional organization.  Also, the condition is reduced to a 90-day program from 180 days because Probation's placement programs are up to 90 days.

To allow Mr. Solima to continue his current positive path, changing Special Condition Number Three will allow his progress to continue uninterrupted while maintaining probation's ability to intervene for the pendency of his supervised release.

The government and probation are not opposed to the request.

Dated: March 2, 2026                    Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for JEREMY SOLIMA

Dated: March 2, 2026                    ERIC GRANT
United States Attorney

/s/ Michael E. Hansen for
CAMERON DESMOND
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

Good cause appearing, it is so ordered.

Dated:  March 3, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2

**Stipulation and Order for Modification of Condition of Release**